159 F.3d 1351
 Constance K. Elliott, Patricia J. Kiesewetter, Linton A.
Elliott, Charles L. Elliott, as a Minor by Constance K.
Elliott, his Parent and Guardian, Jonathan B. Elliott, a
Minor by Constance K. Elliott, his Parent and Guardian
v.
William B. Kiesewetter, Jr., Jayne H. Kiesewetter (Three Cases)
 NOS. 97-3271, 97-3272, 97-3291
 United States Court of Appeals,
Third Circuit.
 July 31, 1998
 
 1
 Appeal From: W.D.Pa. ,No.93cv00753 ;
 
 Appealing after remand 98 F.3d 47
 
 2
 Affirmed in part, Reversed in part.